tion the whole process of dealing with this problem. . . . the records of these railroad reorganizations at the hands of the Interstate Commerce Commission and special masters and courts have inevitably aroused deep scepticism as to expertise in this field, or, at least, as to reliance in decreeing drastic forfeitures on the basis of it. It is not to be wondered that both the Executive and the Congress have recorded dissatisfaction with the heavy incidence of forfeiture decreed by courts, not by virtue of specific authorization but as a matter of judicial administration." [*Bondholders, Inc.* v. *Powell,* 342 U. S. 921, 926.]

No. 506, Misc. DODD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 507, Misc. GREEN *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *Tyrah Ernest Maholm* for petitioner.

No. 512, Misc. JAMES *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 516, Misc. WILLIAMS *v.* ROBINSON, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 517, Misc. DOMAKO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 518, Misc. CARPENTER *v.* ERIE RAILROAD Co. C. A. 3d Cir. Certiorari denied.